IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN M. HOLLINS,<br><br>            Plaintiff,<br><br>      vs.<br><br>J.D. LOZANO, et al.,<br><br>            Defendants. | No. 2:14-cv-0964-CMK-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action. Plaintiff has filed a notice of voluntary dismissal (Doc. 9). Because no response to the complaint has been filed, leave of court is not required and the action is dismissed on plaintiff's notice, without prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

DATED: April 5, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1